UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sebastien Alexandre Lablanche,

Plaintiff,

-against-

Pfizer, Inc.,

Defendants.

26-CV-07970 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for general pretrial purposes on October 19, 2026.

A telephonic conference is scheduled for **Monday, October 26, 2026 at 11:30 AM.** The parties are directed to join the conference at the scheduled time and be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 678 557 247#.

DATED: October 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge