UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIEN ALEXANDRE LABLANCHE,

Plaintiff,

-against-

PFIZER, INC., et. al.,

Defendant.

26-CV-07970 (MMG) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 26, 2026:

1. By **November 9, 2026**, Defendant shall either file a consent to transfer of venue to the United States District Court for the District of Columbia or file a letter setting forth the basis for concluding that this Court may hear Defendant's forum non conveniens motion notwithstanding the jurisdictional provisions of the PREP Act.

2. If Defendant files a letter arguing that this Court may hear Defendant's forum non conveniens motion notwithstanding the jurisdictional provisions of the PREP Act, Plaintiff may have until **November 23, 2026** to file a letter in support of his position that this case must be transferred to the United States District Court for the District of Columbia.

3. Plaintiff shall refrain from making filings on the docket until after **November 9, 2026**.

4. Defendant need not, until further order of the Court, respond to any of Plaintiff's filings, other than the pending request to transfer this case to United States District Court for the District of Columbia (ECF 105).

DATED: October 26, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**